*E-FILED - 5/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ULYSSES DAVIS, JR., | ) | No. C 05-2337 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JILL BROWN, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights action without prejudice for failure to exhaust. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/23/08__   *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.05\Davis337jud.wpd    1